FILED LODGED RECEIVED
AUG 06 2015
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

Magistrate Judge Karen L. Strombom

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHANITA D. MCINTOSH, Defendant. | NO. MJ15-5127  MOTION FOR DETENTION ORDER |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because this case involves (check all that apply):

___ Crime of violence (18 U.S.C. § 3156)

___ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

___ Crime with a maximum sentence of life imprisonment or death

_X_ Drug offense with a maximum sentence of ten years or more

___ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

___ Felony offense involving a minor victim other than a crime of violence

|   |     | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
|---|-----|---|
|   |     | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
|   | X   | Serious risk the defendant will flee |
|   |     | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |
|   |     | Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6). |

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    X    Defendant's appearance as required

    X    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

|   |     |   |
|---|-----|---|
|   |     | Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release |
|   | X   | Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more |
|   |     | Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism) |
|   |     | Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 |

___ Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6).

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

___ At the initial appearance

_X_ After continuance of 3 days

5. <u>Other matters</u>.

DATED this 6th day of August, 2015.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ Amy Jaquette
AMY JAQUETTE
Assistant United States Attorney