Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

SEPTEMBER 3, 2015

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHANITA D. MCINTOSH,

Defendant.

CR15-5405RBL

INDICTMENT

The Grand Jury charges that:

## COUNT ONE

### (Possession of Methamphetamine with Intent to Distribute)

On or about July 21, 2015, in Tacoma, within the Western District of Washington and elsewhere, CHANITA D. MCINTOSH did knowingly and intentionally possess, with the intent to distribute, methamphetamine, a controlled substance.

It is further alleged that the above offense involved fifty (50) grams or more of a mixture or substance containing methamphetamine, its salts, isomers, or salts of its isomers.

INDICTMENT – CHANITA D. MCINTOSH – 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(B).

A TRUE BILL:

DATED: 09/03/2015

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

FOREPERSON

ANNETTE L. HAYES
United States Attorney

MICHAEL DION
Assistant United States Attorney

AMY JAQUETTE
Assistant United States Attorney

INDICTMENT – CHANITA D. MCINTOSH – 2