UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANITA D. MCINTOSH,<br><br>Defendant. | NO. CR15-5405 RBL<br><br>**UNITED STATES'**<br>**MOTION TO SEAL**<br><br>**NOTING DATE: January 8, 2016** |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Amy Jaquette, Assistant United States Attorney for said District, files this motion respectfully requesting that the Government's Stipulated Motion for Protective Order in the above-captioned matter be filed under seal and be allowed to remain under seal because of the nature of the issues discussed therein. Copies have been provided to opposing counsel.

DATED this 28th day of December, 2015.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney
E-mail: Amy.Jaquette@usdoj.gov

UNITED STATES' MOTION TO SEAL - 1
*U.S. v. Chanita D. McIntosh, CR 15-5405*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*/s/ Jennifer Shauberger*
JENNIFER SHAUBERGER
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Jennifer.Shauberger@usdoj.gov

UNITED STATES' MOTION TO SEAL - 2
*U.S. v. Chanita D. McIntosh, CR 15-5405*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800