THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR15-5405RBL |
| Plaintiff, | ) | |
| vs. | ) | AFFIDAVIT OF LOST PASSPORT |
| CHANITA D. McINTOSH, | ) | |
| Defendant. | ) | |

STATE OF WASHINGTON  )
                     : ss.
County of Pierce     )

CHANITA D. McINTOSH being first duly sworn under oath deposes and says that I am the defendant in the above-entitled matter.

That I lost my passport, and as such, no longer have access to it.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Chanita D. McIntosh

SUBSCRIBED AND SWORN to before me this 13th day of January, 2016.

_____
NOTARY PUBLIC in and for the
State of Washington. Residing at
Puyallup. My Commission
Expires: 11/05/18.

AFFIDAVIT OF LOST PASSPORT - 1

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

# CERTIFICATE OF SERVICE

I hereby certify that on January 14th, 2016, I electronically filed the foregoing Affidavit of Lost Passport with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Dion
Assistant United States Attorney
United States Attorney's Office for the Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

I hereby certify that on January 14th, 2016, I mailed the Affidavit of Lost Passport to the following:

Chanita D. McIntosh
c/o Hope Place Treatment Center
3802 South Othello Street
Seattle, WA 98118

DATED this 14th day of January, 2016.

*Sarah H. Leighton*