THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>CHANITA D. McINTOSH,<br><br>    Defendant. | Case No.: CR15-5405RBL<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

Before this Court is the defendant's motion to modify the conditions of release herein. The government having deferred this request to probation, and the location monitoring specialist, Gina Martinis, having no objections to said request; the Court finds, after a consideration of all relevant information and the circumstances of this case, including the undisputed facts set forth in the affidavit in support of the motion to modify conditions of release, that the defendant's motion to modify the conditions of release should be granted.

The defendant is hereby released from the requirement of further location monitoring.

IT IS SO ORDERED.

DONE IN OPEN COURT this 7th day of March, 2016

_____
THE HONORABLE RONALD B. LEIGHTON
United States District Court Judge

PROPOSED ORDER MODIFYING
CONDITIONS OF RELEASE - 1

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

Presented by:

LAW OFFICE OF
ZENON PETER OLBERTZ
Attorney for Defendant

      /s/ Zenon P. Olbertz
By: _____
   Zenon P. Olbertz
   WSB #6080

UNITED STATES ATTORNEY'S OFFICE


By: _____
   Amy Jaquette
   Assistant U.S. Attorney

PROPOSED ORDER MODIFYING
CONDITIONS OF RELEASE - 2

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441