FILED ___ LODGED
___ RECEIVED
MAY 02 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

Magistrate Judge J. Richard Creatura

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANITA D. MCINTOSH,<br><br>Defendant. | NO. CR15-5405 RBL<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to the Indictment. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore ordered a presentence report. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(1)(B), I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this __2__ day of __may__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

REPORT AND RECOMMENDATION
CR15-5405RBL/CHANITA D. MCINTOSH - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800